UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRENDA F. BAKER,

           Plaintiff,

    v.

CAROLYN W. COLVIN,

           Defendant.

Case No.  14-cv-00770-VC

**ORDER**

      On July 2, 2014, the defendant filed a motion to remand.  (Docket No. 16).  The plaintiff's response was due July 16, 2014.  As of the date of this Order, the Court has not received any response (or any other communication) from the plaintiff.  Accordingly, the plaintiff is directed to file a response within fourteen days of this Order, or the case will be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

      **IT IS SO ORDERED.**

Dated: July 28, 2014

_____

VINCE CHHABRIA
United States District Judge

1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6

7   BRENDA F. BAKER,                      Case No.  14-cv-00770-VC
8                 Plaintiff,
9         v.                             **CERTIFICATE OF SERVICE**
10  CAROLYN W. COLVIN,
11                Defendant.

12       I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
    District Court, Northern District of California.
13
14       That on 7/28/2014, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
15  said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
    located in the Clerk's office.
16
17  Brenda F. Baker
    2765 77th Avenue
18  Oakland, CA 94605
19
20  Dated: 7/28/2014
21
22                                        Richard W. Wieking
                                          Clerk, United States District Court
23
24
25  By:_____
    Kristen Melen, Deputy Clerk to the
26  Honorable VINCE CHHABRIA
27
28