MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, ISBN 6191786
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: carolyn.chen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA BAKER,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 3:14-CV-00770-VC<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR REMAND; OF REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) |

IT IS ORDERED that Defendant's Motion for Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g) (Doc. No. 16) be granted, and that the above-captioned action be remanded to the Commissioner of Social Security.

DATED: November 10, 2014     _____
    HON. VINCE CHHABRIA
    UNITED STATES DISTRICT JUDGE

[Prop.] Order, 3:14-CV-00770-VC     1