MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, ISBN 6191786
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: carolyn.chen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA BAKER,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 3:14-CV-00770-VC<br><br>[~~PROPOSED~~] JUDGMENT OF REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) |

The Court having granted Defendant's Motion for Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g) (Doc No. 16), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security.

DATED: November 10, 2014     _____
                                       HON. VINCE CHHABRIA
                                       UNITED STATES DISTRICT JUDGE